IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-CR-00057-001 |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION TO REQUEST A SEALED ORDER |
| v. | ) | |
| THOMAS P. RANES, | ) | *Before the Hon. Terry F. Moorer* |
| Defendant. | ) | |

**MOTION TO REQUEST COPY OF PROB 35 REPORT ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Comes now Defendant, Thomas P. Ranes ("Mr. Ranes"), by and through his attorney of record, and files this Motion to Request a Copy of the PROB 35 Report on the Motion for Early Termination of Supervised Release, to obtain the report prepared and submitted to the Court by the United States Probation Office, Southern District of Alabama (the "PROB 35 Report"), and for grounds would show as follows:

1. On August 5, 2026, Defendant filed a Motion for Early Termination of Supervised Release (Doc. 9), requesting that the Court terminate his term of supervised release. Title 18 § 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

2. In connection with Defendant's motion, the United States Probation Office prepared and submitted the PROB 35 Report to the Court, as referenced in the Court's Order dated August 17, 2026.

3. On August 17, 2026, the Court denied Defendant's motion, ordering that "[p]ursuant to the above report," Defendant "is continued on probation/supervised release subject to same conditions." Mr. Ranes's counsel has been provided only the signature page to the "Report and Order on Motion for Early Termination of Supervised Release," executed by this Honorable Court on August 17, 2026, but did not receive "the above report" referenced on the signature page.

4. Defendant requests a copy of the PROB 35 Report referenced in the Court's order to understand the basis for the Court's decision.

**APPLICABLE LAW**

5. No federal statute or rule addresses access to a PROB 35 Report following a denial of early termination of supervised release. In the absence of federal statutory authority addressing disclosure of probation office reports in early termination proceedings, Alabama Code § 15-22-53(c) provides a useful analogue. Alabama's legislature has recognized that "[i]n no case shall the right to inspect the report be denied the defendant or his or her counsel after the report has been completed or filed." The State in which this federal court sits has thus determined that access to a completed and filed probation report is a statutory right. Moreover, according to the signature page received by Defendant, the PROB 35 Report serves as the exclusive basis for the Court's decision. As such, Mr. Ranes requests a copy to understand the basis for that decision.

**CONCLUSION**

WHEREFORE, the premises considered, Defendant moves this Honorable Court to provide Defendant a copy of the PROB 35 Report submitted in connection with the Court's Order on Defendant's Motion for Early Termination of Supervised Release.

DATED: September 15, 2026

New York, New York

Respectfully Submitted,

/s/ *James C. Dugan*

James C. Dugan (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8654
jdugan@willkie.com
csisco@willkie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *James C. Dugan*

James C. Dugan (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8654
jdugan@willkie.com
csisco@willkie.com